**BARTON'S EXECUTRIX vs. HEMPKIN.**

ON AN APPLICATION FOR A RE-HEARING.

Where the plaintiff failed to make out her case by full proof, the court on consideration, set aside the non-suit and remanded the cause for a new trial.

*Downs*, for the plaintiff, applied for a re-hearing. He urged upon the court to change the judgment from one of non-suit, and allow the case to be remanded for a new trial.

*Garland, J.* delivered the opinion of the court.

Upon further consideration of the judgment rendered in this case, and upon the application for a re-hearing made by the plaintiff, the court is of opinion, the justice of the case will be promoted by setting aside the judgment of non-suit and remanding the cause for a new trial.

The judgment of the District Court is therefore annulled, and the verdict of the jury set aside as heretofore ordered; the judgment of non-suit set aside, and the cause remanded to the District Court for a new trial, to be proceeded in according to law, the defendant and appellee paying the costs of this appeal.